James G. Graham, as Trustee in Bankruptcy of Maxim Corporation, Appellant, *v.* Henry R. R. Coles et al., as Executors of J. Campbell Thompson, Deceased, Respondents.

(Argued November 21, 1929; decided December 6, 1929.)

*Ralph Montgomery Arkush* for appellant.

*Frank H. Hiscock, Abraham Schlissel* and *Paul E. Tuthill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ. Not sitting: Cardozo, Ch. J.